UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

Case No.   2:25-cv-00155-MEMF-AGR                                  Date: June 3, 2025

Title   *Rong Li v. Alejandro Mayorkas et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order DISMISSING WITHOUT PREJUDICE the Action [JS-6]**

On March 4, 2025, the Court ordered Plaintiff to show cause in writing, no later than 14 days, why this action should not be dismissed for lack of prosecution. ECF No. 8 ("OSC").

As of the date of this Order, Plaintiff has not filed any response to the OSC.

Thus, this matter is DISMISSED WITHOUT PREJUDICE for failure to comply with a Court Order pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

                                                                    :
**Initials of Preparer**    DBE